# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

HCA-INFORMATION TECHNOLOGY
& SERVICES, INC.                                                    PLAINTIFF

v.                              No. 4:12-mc-12-DPM

SHILOH HEALTH SERVICES, INC.;
MEDICAL PARK HOSPITAL; and
ARVEST BANK                                                       DEFENDANTS

## ORDER

HCA-Information Technology & Services, Inc., registered a judgment,
*Document No. 1*, and applied for writs of garnishment and execution.  The
Clerk issued both, *Document Nos. 2 & 3*.  Arvest Bank has answered that, when
served with the writ of garnishment, it possessed $7205.08 belonging to
Medical Park Hospital, one of the judgment debtors.  The Court orders Arvest
to pay all this money to HCA-Information Technology & Services, Inc., care
of the company's lawyers, Riley, Warnock & Jacobson, PLC, in Nashville,
Tennessee.  Arvest should then move for discharge with proof of payment.
The Court directs the Clerk to show the application, *Document No. 2*, as
granted.

So Ordered.

_W.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_12 June 2012_