IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HCA-INFORMATION TECHNOLOGY
& SERVICES, INC.                                                          PLAINTIFF

v.                              No. 4:12-mc-12-DPM

SHILOH HEALTH SERVICES, INC.;
MEDICAL PARK HOSPITAL; and
ARVEST BANK                                                               DEFENDANTS

ORDER

HCA-Information Technology & Services, Inc., registered a judgment, *Document No. 1*, and applied for writs of garnishment and execution. The Clerk issued both, *Document Nos. 2 & 3*. Arvest Bank has answered that, when served with the writ of garnishment, it possessed $7205.08 belonging to Medical Park Hospital, one of the judgment debtors. The Court orders Arvest to pay all this money to HCA-Information Technology & Services, Inc., care of the company's lawyers, Riley, Warnock & Jacobson, PLC, in Nashville, Tennessee. Arvest should then move for discharge with proof of payment. The Court directs the Clerk to show the application, *Document No. 2*, as granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 June 2012